Curtis BYRD, Plaintiff—Appellant,

v.

SALISBURY POLICE DEPARTMENT; Tom Griffin, Officer; Rusty Savage, Officer, Defendants—Appellees.

No. 03–7431.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2004.

Decided Feb. 12, 2004.

Curtis Byrd, Appellant pro se.

Before WIDENER, WILKINSON, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Curtis Byrd appeals the district court's order denying relief on his motion to reopen his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Byrd v. Salisbury Police Dep't,* No. CA–03–1939–L (D.Md. Sept. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*